**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7218**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

VAGAS DAVIS, a/k/a Vegas Gabriel Davis,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, District Judge. (3:10-cr-00309-HEH-1)

Submitted: January 18, 2018                                Decided: January 23, 2018

Before GREGORY, Chief Judge, and SHEDD and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Vagas Davis, Appellant Pro Se. Angela Mastandrea-Miller, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vagas Davis appeals the district court's order denying relief on his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2012). We have reviewed the record included on appeal and find no reversible error and no abuse of discretion. Accordingly, we affirm for the reasons stated by the district court. *United States v. Davis*, No. 3:10-cr-00309-HEH-1 (E.D. Va. Aug. 24, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*